**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ANTONIO T. FLOWERS,**

    **Plaintiff,**

**v.**                               **Case No.  4:26-cv-37-TKW-MAF**

**J. MILEY** and **OFFICER LINDSEY,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff is a "three-striker," he has not shown that he is under imminent danger of serious physical injury, and he did not pay the filing fee when he initiated this case.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's motion to proceed in forma pauperis (Doc. 13) is DENIED, and this case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

4.      All pending motions are DENIED as moot.

5.      The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE AND ORDERED** this 24th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**